NO. 07-05-0275-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

DECEMBER 8, 2005

_____

IN THE INTEREST OF C.K.T., T.M.T., AND V.M.T.
_____

FROM THE 46TH DISTRICT COURT OF WILBARGER COUNTY;

NO. 23,501; HONORABLE TOM NEELY, JUDGE
_____

Before REAVIS and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

Appellant, Freddie L. Thrash, filed a notice of appeal from a final decree entered on April 28, 2005. The appellate record was complete on filing of the reporter's record October 7, 2005. See TEX. R. APP. P. 34.1. By letter dated November 22, 2005, the clerk of this court notified counsel for appellant that appellant's brief was due November 7, 2005, but had yet to be filed. See TEX. R. APP. P. 38.6(a). The letter further advised appellant that the appeal would be subject to dismissal for want of prosecution if the brief, or a response reasonably explaining the failure to file a brief with a showing that appellee had

not been injured by the delay, was not filed by December 2, 2005. No brief, motion for extension or other response has been received.[1]

Accordingly, we now dismiss the appeal for want of prosecution and failure to comply with a directive of the court. See TEX. R. APP. P. 38.8(a)(1) and 42.3(b), (c).

Mackey K. Hancock
Justice

---

[1] Appellant filed a Notice of Withdrawal of Appeal on November 4, 2005 but the Court was not able to act on the motion without the appropriate fee being paid. See Tex. Gov't Code § 51.207(c)(4).